In the Matter of the Claim of OTTO PATTERSON, Respondent, v. KENNEDY VALVE COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. ADELPHI HOMES CO., INC., and Another, Respondents.— Motion denied.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CLARENCE D. DAVIS, Appellant.— Judgment of conviction and orders unanimously affirmed. The court deems that the refusal of the trial court to charge as requested in regard to felonious intent was not prejudicial and did not affect the verdict rendered. (See Penal Law, § 1302.) It likewise considers that the admission of evidence in relation to the entering of judgments against the defendant's firm, after the commission of the crime in question, was not prejudicial error.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHARLES FRASIER, Appellant.— Judgment of conviction unanimously affirmed.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ALBERT GRANNO, Appellant, and Others.— Judgment of conviction unanimously affirmed.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ALFRED HERMAN and Another, Appellants.— Judgment of conviction and order unanimously affirmed.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE BANK OF AMERICA and Another, Trustees under the Last Will, etc., of M. BELL HAZEN, Deceased, Appellants, v. STATE TAX COMMISSION and JOHN F. GILCHRIST and Others, Constituting the State Tax Commission, Respondents.— Motion denied.

JOSEPH PERINET, as Administrator, etc., of WILLIAM E. TETREAULT, Deceased, Appellant, v. CENTRAL VERMONT RAILWAY COMPANY, Appellant.— Motion denied, with ten dollars costs.

ADDISON G. PERRY, Respondent, v. LIZZIE FERRIS and Another, Appellants. — Judgment and order unanimously affirmed, with costs, on the ground that according to the undisputed evidence defendants did not return or offer to return the property and prevented plaintiff from completing the contract, and plaintiff, therefore, as matter of law, is entitled to the full amount recovered.

JOHN P. REUTHER, as Administrator, etc., of FRANK B. REUTHER, Deceased, Appellant, v. THE STATE OF NEW YORK, Respondent.— Judgment unanimously affirmed, with costs.

DOUGLAS ROBINSON, Appellant, v. ABBIE C. BELL, as Administratrix, etc., of HORACE S. BELL, Deceased, Defendant, and ELIZABETH H. ORTH, Respondent.— Judgment unanimously affirmed, with costs.

GUSTAVUS A. ROGERS, Appellant, v. ANDREW BOEHM and Another, Respondents.— Order unanimously affirmed, with ten dollars costs and disbursements.

KATHERINE M. SANDWICK, by KATHERINE SANDWICK, Her Guardian ad Litem, Respondent, v. RALPH COOK, Appellant.— Judgment and order unanimously affirmed, with costs.